**Order entered August 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00330-CV

### IN RE KENNETH L. BUHOLTZ, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51173-2010**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Before the Court are relator's June 17, 2019 motion to supplement the appeal, June 28, 2019 motion for rehearing, and August 8, 2019 motion to stay proceedings. Relator's motions are **DENIED**.

/s/    CORY L. CARLYLE
         JUSTICE